FILED
CLERK, U.S. DISTRICT COURT

DEC 2 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALLARD DEQUON, | NO. CV 11-06136 RGK (SS) |
| Plaintiff, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS, AND RECOMMENDATIONS OF** |
| LOS ANGELES COUNTY SHERIFF DEPARTMENT, et al., | **UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

///
///
///
///
///

1    **IT IS ORDERED** that Judgment shall be entered dismissing this action
2 with prejudice.

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5 the Judgment herein on Plaintiff at his current address of record.

7    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9 DATED:  DEC 2 2 2011

                                    _____
                                    R. GARY KLAUSNER
                                    UNITED STATES DISTRICT JUDGE