FILED
CLERK, U.S. DISTRICT COURT

DEC 22 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALLARD DEQUON, | ) NO. CV 11-06136 RGK (SS) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| LOS ANGELES COUNTY SHERIFF DEPARTMENT, et al., | ) |
| Defendants. | ) |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: DEC 22 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE